IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00586-WYD-BNB

LAWYERDONEDEAL CORP., an Ontario corporation,

Plaintiff,

v.

ATGF HOLDINGS, LLC, a Delaware limited liability company,
EDWARD A. WINFREY, an individual, and
JEREMIAH GARZA, an individual,

Defendants.

_____

## ORDER

_____

I am informed that this case has been resolved. In view of the settlement of the case:

IT IS ORDERED that on or before **July 14, 2010**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER ORDERED that the scheduling conference set for April 28, 2010, at

9:00 a.m., and all related deadlines are VACATED.

IT IS FURTHER ORDERED that the **Unopposed Motion for Stay** [Doc. # 10, filed

4/16/2010] is DENIED as moot.

Dated April 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge