IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00586-WYD-BNB

LAWYERDONEDEAL, CORP., an Ontario corporation,

    Plaintiff,

v.

ATGF HOLDINGS, LLC, a Delaware limited liability company;
EDWARD A. WINFREY, an individual; and
JEREMIAH GARZA, an individual,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion For Entry of Stay or, in the Alternative, for Administrative Closure, filed July 13, 2010, ECF No. 13. After a review of the file and the motion, it is hereby

ORDERED that Plaintiff's Unopposed Motion For Entry of Stay or, in the Alternative, for Administrative Closure **GRANTED.** It is

FURTHER ORDERED that this action is STAYED up to and including **Tuesday, September 28, 2010,** in order to give the parties time to obtain approval from the CDOI. It is

FURTHER ORDERED that the parties shall file a joint status report or a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a) on or before **Tuesday, September 28, 2010.**

Dated: July 14, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge